**Order filed September 25, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00631-CV

_____

## THE TEXAS WORKFORCE COMMISSION, Appellant

## V.

## THE HARRIS COUNTY APPRAISAL DISTRICT, Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-34688**

## O R D E R

This is an appeal from a judgment signed May 5, 2014. Appellant filed a timely motion for new trial. The notice of appeal was due August 4, 2014. *See* Tex. R. App. P. 26.1(a)(1). Appellant filed its notice of appeal one day late on August 5, 2014.

A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file

the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal within **10 days** of the date of this order. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM